McGREGOR W. SCOTT
United States Attorney
GARY M. LEUIS
Special Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
  UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-po-00167-SAB |
|---|---|
| Plaintiff, | |
| v. | MOTION AND ORDER TO VACATE STATUS HEARING |
| STOYU I. PALAHANOU<br>     Defendant. | |

      The United States of America, by and through McGregor W. Scott, United States Attorney, and Gary M. Leuis, Special Assistant United States Attorney, hereby confirms that the defendant herein has completed traffic school. Plaintiff hereby moves to vacate the Status Hearing set for December 20, 2018, at 10:00 a.m., before the Honorable Stanley A. Boone.

DATED: December 12, 2018                Respectfully submitted,

                                                      McGREGOR W. SCOTT
                                                    United States Attorney

                                    By:    /s/ Gary M. Leuis
                                                    GARY M. LEUIS
                                                    Special Assistant United States Attorney

1

# **O R D E R**

IT IS HEREBY ORDERED that the Hearing set for December 20, 2018, at 10:00 a.m., before the Honorable Stanley A. Boone, is hereby vacated.

IT IS SO ORDERED.

Dated: **December 13, 2018**

UNITED STATES MAGISTRATE JUDGE